# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00173-CV

### In re MasTec North America, Inc.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## O R D E R

**PER CURIAM**

Relator MasTec North America, Inc. has filed a petition for writ of mandamus and an Opposed Motion for Immediate Temporary Relief. *See* Tex. R. App. P. 52.1, 52.10(a). We grant the motion and temporarily stay enforcement of the trial court's March 10, 2021 and March 22, 2021 discovery orders pending further order of this Court. *See id*. 52.10(b). The Court orders the real party in interest to file a response to the petition for writ of mandamus on or before April 26, 2021.

It is ordered on April 16, 2021.

Before Justices Goodwin, Triana, and Kelly